# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TOUA LO,

        Petitioner,

    v.

WARDEN OF THE GOLDEN STATE MCFARLAND DETENTION FACILITY, et al.,

        Respondents.

Case No. 2:26-cv-00524-KES-EPG-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 19, 2026, the Court denied Petitioner's motion for temporary restraining order, modified the order enjoining Petitioner's transfer from this district to permit Petitioner's transfer out of the district for purposes of executing his removal order, and referred this matter to the undersigned "for the preparation of findings and recommendations on the petition or other appropriate action." (ECF No. 11.)

Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents SHALL FILE a response to the petition; and

///

2. Within thirty (30) days of the date of service of Respondents' response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated:   **March 23, 2026**                    /s/ _Eric P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

2